AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

Lisa Andres and Jaren Brignac, on behalf of themselves and all similarly situated individuals

*Plaintiff(s)*

v.

Gary Wescott

*Defendant(s)*

Civil Action No. 26-cv-926-SDD-EWD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary Westcott
504 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cecelia Kappel
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529 5955

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: August 31, 2026

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**
**Attorney:** Paul, Weiss, Rifkind, Wharton & Garrison
**Address:** 1285 Avenue Of The Americas New York, NY 10019

**Job #:** 1518451

| | |
|---|---|
| LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals, *Plaintiff* | **Civil Action No.:** 3:26-cv-00926-SDD-EWD |
| ***vs*** | **Client's File No.:** 091956-00001 |
| GARY WESTCOTT, | **Court Date:** |
| *Defendant* | **Date Filed:** 08/28/2026 |

STATE OF LOUISIANA, COUNTY OF EAST BATON ROUGE PARISH, SS.:
**George Steimel** , being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Louisiana.

On **09/14/2026**, at **12:48 PM** at: **504 MAYFLOWER STREET, BATON ROUGE, LA 70802** Deponent served the within **Summons in a Civil Action, Class Action Complaint with Jury Trial Demanded, Certificate of Interested Persons, Statement of Related Cases Pursuant to Local Rule 3 and Civil Cover Sheet**

On: **GARY WESTCOTT C/O LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Jerricha Remondet (Legal Secretary) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
**Sex:** Female **Color of skin:** White **Color of hair:** Brown **Glasses:** No
**Age:** 26 - 35 Yrs. **Height:** 5ft 0inch - 5ft 3inch **Weight:** 131-160 Lbs. **Other Features:**

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

Sworn to before me on 09/15/2026

THOMAS J. CASHIO - ID NO. 29187 NOTARY PUBLIC LIFE COMMISSION

George Steimel
License #