**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * | **CIVIL ACTION** <br> **NO. 3:26-cv-00926** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **GARY WESCOTT** | * * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

**********************************************************************************

## ***EX PARTE*** **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, comes defendant, Gary Wescott, Secretary of the Louisiana Department of Public Safety and Corrections ("Defendant"), who respectfully moves this Honorable Court for an Order granting a twenty-one (21) day extension of time to file responsive pleadings, or until October 26, 2026, pursuant to Local Rule 7(a), and who further shows:

1.

On August 28, 2026, Plaintiff filed a complaint against Defendant herein.

2.

Defendant was served with the Complaint on September 14, 2026.

3.

Additional time is required for Defendant to prepare responsive pleadings to Plaintiffs' class action complaint.

4.

Accordingly, pursuant to Local Rule 7(a), Defendant respectfully requests that he be granted a twenty-one (21) day extension of time to file responsive pleadings from the time the responsive pleadings would otherwise be due in this matter, or until October 26, 2026.

5.

In support of this Motion, undersigned counsel represents and certifies to the Court that Defendant has filed no previous motions for extension of time, and that no party has filed an objection to such an extension of time.

WHEREFORE, Defendant, Gary Wescott, Secretary of the Louisiana Department of Public Safety and Corrections, respectfully requests that this Honorable Court grant this Motion, and allow a twenty-one (21) day extension of time, or until October 26, 2026, within which to file responsive pleadings.

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General**

By: s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
cjones@keoghcox.com
Collin J. LeBlanc (#24519)
Email: cleblanc@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, which will provide electronic notice of the filing to all CM/ECF participants. I further certify that all parties in this action are represented by CM/ECF participants.

Baton Rouge, Louisiana, this 28th day of September, 2026.

s/ Andrew Blanchfield
Andrew Blanchfield