**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * | **CIVIL ACTION** <br> **NO. 3:26-cv-00926** |
| | * | |
| **VERSUS** | * * | **JUDGE: SHELLY D. DICK** |
| **GARY WESCOTT** | * * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

**************************************************************************************

**ORDER**

The foregoing *Ex Parte* Motion for Extension of Time to File Responsive Pleadings considered;

IT IS ORDERED that Defendant, Gary Wescott, Secretary of the Louisiana Department of Public Safety and Corrections, be and he is hereby granted a twenty-one (21) day extension of time to file responsive pleadings in this matter, or until October 26, 2026.

Baton Rouge, Louisiana, this _____ day of _______________________, 2026.

______________________________________
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA