# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Lisa Andres and Jaren Brignac, et al
Plaintiff

v.

3:26-cv-00926-SDD-EWD
Civil Action No.

Gary Wescott
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Andrew Blanchfield

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
****Please separate names with a comma and do not add address information. Only text visible within box will print.***

Gary Wescott, Secretary of the Louisiana Department of Corrections

Andrew Blanchfield / 16812
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.