**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * * | **CIVIL ACTION** <br> **NO. 3:26-cv-00926** |
| **VERSUS** | * * * | **JUDGE: SHELLY D. DICK** <br> **MAGISTRATE JUDGE:** |
| **GARY WESTCOTT** | * | **ERIN WILDER-DOOMES** |

******************************************************************************

**MOTION TO STAY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections ("Defendant"), who files this Motion to Stay to promote judicial efficiency. Two purported class actions are currently pending in the Middle District, bringing the same claims brought in this lawsuit, *Brian Humphrey v. James LeBlanc*, No. 20-cv-00233 and *Joel Giroir v. James LeBlanc*, No 21-cv-00108. The class certification ruling in both cases are on appeal at the Fifth Circuit. *See Giroir v. LeBlanc*, No. 25-30644 (5th Cir.); *Humphrey v. LeBlanc*, No. 26-30301 (5th Cir.). The Fifth Circuit's ruling on these related cases will directly and fundamentally affect the procedure and the merits of this case. The appeal has been pending for a year, which suggests that a decision is imminent. As such, and for the reasons more fully set forth in the accompanying memorandum, Defendant requests a stay of this matter pending the Fifth Circuit's ruling in *Humphrey* and *Giroir*. In the alternative, Defendant requests an extension of the time to file responsive pleadings until 21 days after the Court rules on this motion.

WHEREFORE, Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections, respectfully requests that this Honorable Court grant a stay pending

the Fifth Circuit's ruling in *Humphrey* and *Giroir*. In the alternative, Defendant requests an extension of the time to file responsive pleadings until 21 days after the Court rules on this motion.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By: /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
cjones@keoghcox.com
Collin J. LeBlanc (#24519)
Email: cleblanc@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 21st day of October, 2026.

/s/ Andrew Blanchfield
ANDREW BLANCHFIELD