**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * * | **CIVIL ACTION** **NO. 3:26-cv-00926** |
| **VERSUS** | * * | **JUDGE: SHELLY D. DICK** |
| **GARY WESTCOTT** | * * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

**************************************************************************************

**ORDER**

Considering the foregoing Motion to Stay on behalf of Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections;

IT IS ORDERED that Defendant's Motion to Stay is hereby GRANTED, and this matter be and it is hereby STAYED pending the Fifth Circuit's decision on the pending appeal of the class certification ruling in *Brian Humphrey v. James LeBlanc*, No. 20-cv-00233 and *Joel Giroir v. James LeBlanc*, No 21-cv-00108.

ALTERNATIVELY, IT IS ORDERED that Defendant be and he is hereby granted an extension of twenty-one days from the date of this Order to file responsive pleadings herein.

SIGNED at Baton Rouge, Louisiana, this ___ day of _______________, 2026.

_______________________________________
HONORABLE SHELLY D. DICK
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA