**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

LISA ANDRES, *et al.*,

Plaintiffs,

v.

GARY WESTCOTT,

Defendant.

Civil Action No. 3:26-CV-0926
Judge Shelly D. Dick
Magistrate Judge Erin Wilder-Doomes

**Motion to Withdraw as Counsel**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Lisa Andres, et al. who respectfully submit this notice to withdraw Ariane Rockoff-Kirk as counsel of record.

Ariane Rockoff-Kirk is currently a partner with the law firm Paul, Weiss, Rifkind, Wharton, and Garrison LLP ("Paul Weiss"), counsel for Plaintiffs in this matter. Ms. Rockoff-Kirk is withdrawing as counsel because she is leaving the employ of Paul, Weiss. Paul, Weiss will continue to represent Plaintiffs in this matter.

WHEREFORE, Plaintiffs pray that their motion be granted, and that Ariane Rockoff-Kirk be withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

DATED: October 28, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com

*/s/ Ariane Rockoff-Kirk*
Ariane Rockoff-Kirk (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
arockoff-kirk@paulweiss.com

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

October 28, 2026

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com