**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LISA ANDRES, *et al.*,<br>Plaintiffs,<br>v.<br>GARY WESTCOTT,<br>Defendant. | Civil Action No. 3:26-CV-0926<br>Judge Shelly D. Dick<br>Magistrate Judge Erin Wilder-Doomes |

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that Ariane Rockoff-Kirk is withdrawn as counsel of record for Lisa Andres, et al.

Baton Rouge, Louisiana, this ____ day of ______________, 2026

______________________________

UNITED STATES DISTRICT JUDGE