**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

LISA ANDRES, *et al.*,

Plaintiffs,

v.

GARY WESTCOTT,

Defendant.

Civil Action No. 3:26-CV-0926
Judge Shelly D. Dick
Magistrate Judge Erin Wilder-Doomes

**Motion to Substitute Initial Filing**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Lisa Andres, et al. who respectfully submit this motion to substitute the Motion to Withdraw as Counsel filed at ECF 17 with the attached Motion to Withdraw as Counsel pursuant to the Court's October 30, 2026, Notice of Deficiency, ECF 18.

WHEREFORE, Plaintiffs pray that their motion be granted, and that the attached Amended Motion to Withdraw as Counsel be substituted for the initial filing, ECF 17.

DATED: November 2, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
1024 Elysian Fields Ave
New Orleans, LA 70117
Telephone: (504) 529-5955
sbosalavage@defendla.org

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

November 2, 2026

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com