**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LISA ANDRES, *et al.*,<br>Plaintiffs,<br>v.<br>GARY WESTCOTT,<br>Defendant. | Civil Action No. 3:26-CV-0926<br>Judge Shelly D. Dick<br>Magistrate Judge Erin Wilder-Doomes |

**Motion to Withdraw as Counsel**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Lisa Andres, et al. who respectfully submit this notice to withdraw Ariane Rockoff-Kirk as counsel of record.

Ariane Rockoff-Kirk was a partner with the law firm Paul, Weiss, Rifkind, Wharton, and Garrison LLP ("Paul Weiss"), and is counsel for Plaintiffs in this matter. Ms. Rockoff-Kirk is withdrawing as counsel because she has left the employ of Paul, Weiss. Paul, Weiss will continue to represent Plaintiffs in this matter.

WHEREFORE, Plaintiffs pray that their motion be granted, and that Ariane Rockoff-Kirk be withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

DATED: November 2, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
1024 Elysian Fields Ave
New Orleans, LA 70117
Telephone: (504) 529-5955
sbosalavage@defendla.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

November 2, 2026

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jbenjamin@paulweiss.com