**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LISA ANDRES, *et al.*,<br>Plaintiffs,<br>v.<br>GARY WESTCOTT,<br>Defendant. | Civil Action No. 3:26-CV-0926<br>Judge Shelly D. Dick<br>Magistrate Judge Erin Wilder-Doomes |

## **Motion to Withdraw as Counsel**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Lisa Andres and Jaren Brignac who respectfully submit this notice to withdraw Ariane Rockoff-Kirk as counsel of record.

Ariane Rockoff-Kirk was a partner with the law firm Paul, Weiss, Rifkind, Wharton, and Garrison LLP ("Paul Weiss"), and is counsel for Plaintiffs in this matter. Ms. Rockoff-Kirk is withdrawing as counsel because she has left the employ of Paul, Weiss. Paul, Weiss, The Promise of Justice Initiative, and Most & Associates will continue to represent Plaintiffs in this matter.

WHEREFORE, Plaintiffs pray that their motion be granted, and that Ariane Rockoff-Kirk be withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

DATED: November 17, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105-0302

Telephone: (212) 373-3000
jbenjamin@paulweiss.com

**THE PROMISE OF JUSTICE INITIATIVE**

*/s/ Samantha Pourciau*
Samantha Pourciau, La. Bar No. 39808
1024 Elysian Fields Ave
New Orleans, LA 70117
Telephone: (504) 529-5955
sbosalavage@defendla.org

*Attorneys for Plaintiffs*

## Certificate of Service and Compliance

I hereby certify that on November 17, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, and I mailed copies of the foregoing to my clients Lisa Andres and Jaren Brignac via certified mail in compliance with Local Rule 83(b)(13).

I further certify that, in compliance with Local Rule 83(b)(13), Ariane Rockoff-Kirk has consented to the filing of this motion.

November 17, 2026

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jeremy A. Benjamin*
Jeremy A. Benjamin (*pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105-0302
Telephone: (212) 373-3000
jbenjamin@paulweiss.com