**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

LISA ANDRES, *et al.*,

Plaintiffs,

v.

GARY WESTCOTT,

Defendant.

Civil Action No. 3:26-CV-0926
Judge Shelly D. Dick
Magistrate Judge Erin Wilder-Doomes

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that Ariane Rockoff-Kirk is withdrawn as counsel of record for plantiffs Lisa Andres and Jaren Brignac.

Baton Rouge, Louisiana, this ____ day of ______________, 2026

_________________________________

UNITED STATES DISTRICT JUDGE