**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * * | **CIVIL ACTION** <br> **NO. 3:26-cv-00926** |
| **VERSUS** | * * * | **JUDGE: SHELLY D. DICK** |
| **GARY WESTCOTT** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

******************************************************************************

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY (R.Doc. 16)**

NOW INTO COURT, through undersigned counsel, comes Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections ("Defendant"), who submits this motion for leave to file a Reply Memorandum in Support of Motion to Stay (R.Doc. 16).

Plaintiff filed an opposition to Defendant's Motion to Stay on November 6, 2026 (R.Doc. 21), and Defendant prays for leave of court pursuant to Local Rule 7(f) to file a reply memorandum consisting of five (5) pages to respond to Plaintiff's opposition. Defendant's reply will not delay the proceedings in this matter.

WHEREFORE, Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections, prays that he be granted leave to file the attached Reply Memorandum.

*(Signatures on Following Page)*

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General**

By: s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
cjones@keoghcox.com
Collin J. LeBlanc (#24519)
Email: cleblanc@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, which will provide electronic notice of the filing to all CM/ECF participants. I further certify that all parties in this action are represented by CM/ECF participants.

Baton Rouge, Louisiana, this 20th day of November, 2026.

s/ Andrew Blanchfield
Andrew Blanchfield