**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LISA ANDRES and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals** | * * * | **CIVIL ACTION** <br> **NO. 3:26-cv-00926** |
| | * | |
| **VERSUS** | * * | **JUDGE: SHELLY D. DICK** |
| **GARY WESTCOTT** | * * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

*********************************************************************************

**ORDER**

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Stay (R.Doc. 16) filed on behalf of Defendant, Gary Westcott, Secretary of the Louisiana Department of Public Safety and Corrections;

IT IS ORDERED that the Motion is GRANTED and Defendant's Reply Memorandum in Support of Motion to Stay is ordered to be filed into the record of these proceedings.

Baton Rouge, Louisiana, on this ______ day of ____________________, 2026.

______________________________________
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA