**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LISA ANDREW and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**GARY WESTCOTT,**<br><br>*Defendant*. | CIVIL ACTION<br><br>NO. 3:26-cv-00926<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE:<br>ERIN WILDER-DOOMES |

**MOTION TO ENROLL BRIAN A. MORRIS *PRO HAC VICE***

NOW INTO COURT, Plaintiffs Lisa Andres and Jaren Brignac, who respectfully move this Honorable Court pursuant to Local Rules for an order permitting BRIAN A. MORRIS to appear pro hac vice as counsel for Plaintiffs in this case.

In support of this motion, Plaintiffs, through undersigned counsel, states as follows:

1. BRIAN A. MORRIS is an attorney at the national civil rights law firm, Loevy & Loevy, based in Chicago.

2. BRIAN A. MORRIS is a member of good standing in the Bar of the State of Ohio. His Ohio State Bar Registration Number is 0093530. There have been no disciplinary proceedings or criminal charges instituted against him. In support of this motion, attached are a Declaration and a Certificate of Good Standing for BRIAN A. MORRIS.

3. The mailing address for BRIAN A. MORRIS is Loevy & Loevy, 311 N. Aberdeen Street, Suite 3, Chicago, IL 60607.

4. The telephone number for BRIAN A. MORRIS is +1 312 243 5900.

5. The e-mail address for BRIAN A. MORRIS is morris@loevy.com.

6. The name and office address of the Louisiana attorney with whom BRIAN A. MORRIS is associated for the purpose of this case is Samantha Pourciau, The Promise of Justice Initiative, 1024 Elysian Fields Avenue, New Orleans, Louisiana 70119.

7. BRIAN A. MORRIS seeks admission *pro hac vice* in this case to represent Plaintiffs Lisa Andres and Jaren Brignac, in association with Ms. Pourciau, a resident attorney admitted to practice in this Court.

8. BRIAN A. MORRIS is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rules and the Local Rules of this Court.

Respectfully submitted,

Dated: November 23, 2026.

By: /s/ Samantha Pourciau
Samantha Pourciau, La. Bar No. 39808
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
sbosalavage@defendla.org

*Counsel for Plaintiffs*