**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LISA ANDREW and JAREN BRIGNAC, on behalf of themselves and all similarly situated individuals,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**GARY WESTCOTT,**<br><br>*Defendant*. | CIVIL ACTION<br><br>NO. 3:26-cv-00926<br><br>JUDGE: SHELLY D. DICK<br><br>MAGISTRATE JUDGE:<br>ERIN WILDER-DOOMES |

**<u>DECLARATION OF BRIAN A. MORRIS</u>**

I, Brian A. Morris, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is BRIAN A. MORRIS. I am over 18 years of age. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration. To my knowledge, all of the facts stated herein are true and correct.

2. I am licensed in the State of Ohio and am an attorney at the law firm of Loevy & Loevy. I make this declaration in support of my application for my admission pro hac vice in the above captioned matter.

3. I am a member in good standing in the Bar of the State of Ohio. Attached hereto is a certificate of good standing from the State of Ohio.

4. In compliance with Local Rule 83(b)(8), I hereby affirm my oath that there have been no disciplinary proceedings or criminal charges instituted against me.

5. In accordance with the Uniform Local Rules for the United States District Court, Middle District of Louisiana, Samantha Pourciau will act as local counsel.

6. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor in this Court, uprightly and according to law; and that I will support the Constitution of the United States.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2026.
Chicago, Illinois.

Brian A. Morris